In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00132-CR**
_____

**IN RE MARIO LAVELL COCKERHAM**

**Original Proceeding**
**253rd District Court of Liberty County, Texas**
**Trial Cause No. 26,494**

**MEMORANDUM OPINION**

On March 30, 2026, we received a petition for a writ of mandamus from Mario Lavell Cockerham. Upon receiving the petition, the Clerk of the Court notified the parties of specific procedural deficiencies in the mandamus petition and directed Cockerham to file a compliant petition by April 14, 2026. As of today, Cockerham has not complied with the notice issued by the appellate clerk. Accordingly, we dismiss the petition for want of prosecution without ruling on the merits of Relator's petition and without prejudice to Relator's filing a new original proceeding that

1

complies with the Texas Rules of Appellate Procedure. *See generally* Tex. R. App.

P. 9.4, 9.5, 52.3.

PETITION DISMISSED.

PER CURIAM

Submitted on (Date)
Opinion Delivered (Date)
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.